# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Charlotte Aguilar

                                 Plaintiff,

v.                                       Case No.: 1:12−cv−01655
                                            Honorable Robert M. Dow Jr.

Capital Management Services, LP

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 18, 2012:

       MINUTE entry before Honorable Robert M. Dow, Jr: All matters in controversy having been settled, the above−entitled cause of action is hereby dismissed without prejudice and with leave to reinstate on or before May 31, 2012 after which time the dismissal will become with prejudice if no request to reinstate has been filed. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.